UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

```
                              FILED
                              MARCH 30, 2008                    YM
Anthony Hudson,               08CV1823
                              JUDGE BUCKLO
         Plaintiff,           MAGISTRATE JUDGE COLE

   v.                                         08 C

John E. Potter, Postmaster General,           Judge

         Defendant.
```

Complaint for Discrimination

01.     Plaintiff is an individual residing in Chicago Heights, within this judicial district,

02.     Defendant is a corporation whose place of business is at 222 S. Riverside Plaza, Suite 1200, Chicago 60606 within this judicial district,

03.     This Court has jurisdiction of this case under 42 USC 2000e et seq., 42 USC 1981 and 29 USC 794,

04.     Plaintiff filed his Charge of Discrimination with the EEOC on August 21, 2007; his attorney received the Right To Sue Letter on January 30, 2008

05.     Plaintiff has filed this action within 90 days of Plaintiff's attorney's receipt of the Right To Sue Letter,

06.     On May 4, 2007 Defendant's employees and agents terminated Plaintiff's job with Defendant because of his race and disability,

08.    This termination was based on the pretext that Plaintiff had falsified his job application via submitting false letters from a Dr. Solomon Sager suggesting that Plaintiff could medically work for Defendant as a letter – carrier,

09.    Plaintiff actually had submitted two such letters from Dr Sager to Defendant's employees and agents, but Defendant's employees and agents never contacted Dr Sager to verify that he had indeed written the said two letters,

10.    Plaintiff is a handicapped individual per 29 USC 706(6),

11.    Defendant treated white and non-disabled employees better than Plaintiff, who is black, by not firing the white employees based on pretexts respecting their medical records on their job applications, and keeping them employed with Defendant,

12.    Defendant's wrongful and intentional discrimination and retaliation against Plaintiff based upon his race and disability have proximately caused Plaintiff damages,

WHEREFORE, Plaintiff requests entry of judgment against Defendant for $300,000 in actual damages per 42 USC 2000e et seq. and 29 USC 794, $500,000 per 42 USC 1981, nine times actual damages as punitive damages, costs, attorneys fees and such other relief as the Court allows.

s/ William B. Thompson #3123041
Attorney for Plaintiff
P.O. Box 584, Wheaton, IL  60189
630-690-1971

# UNITED STATES POSTAL SERVICE® EEO Complaint of Discrimination in the Postal Service
(See Instructions and Privacy Act Statement on Reverse)

| 1. Name | 2. SSN | 3. Case No. |
|---|---|---|
| ANTHONY HUDSON | 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 | 4J-606-0111-07 |

| 4a. Mailing Address – Street or PO Box | 4b. City State & Zip +4 |
|---|---|
| 1265 Division | Chicago Heights, IL 60411- |

| 5. Email Address* | 6. Home Phone | 7. Work Phone |
|---|---|---|
| Tonechitown@yahoo.com | (708) 853-7893 | ( ) |

| 8. Position Title (USPS Employees Only) | 9. Grade Level (USPS Employees Only) | 10. Do you have Veteran's Preference Eligibility? |
|---|---|---|
| PTF5 | | ☒ Yes ☐ No |

| 11. Installation Where You Believe the Discrimination Occurred (Identify Installation, City, State, and Zip+4) | 12. Name and Title of Person(s) Who Took the Action(s) You Allege was Discriminatory |
|---|---|
| Clearing 5645 S. Archer Chicago, IL 60638 | Gloria Tyson - Postmaster<br>Barbara Singleton Labor Relations |

| 13a. Name of Your Designated Representative | 13b. Title |
|---|---|
| Bill Thompson | Attorney |

| 13c. Mailing Address (Street or P.O.Box) | 13d. City, State and Zip +4 |
|---|---|
| P.O. Box 584 | Wheaton, IL 60189 |

| 13e. Email Address* | 13f. Home Phone | 13g. Work Phone |
|---|---|---|
| | ( ) | (630) 690-1971 |

| 14. Type of Discrimination You Are Alleging | | 15. Date on which alleged act(s) of Discrimination Took Place |
|---|---|---|
| ☒ Race (Specify): | ☐ Sex (Specify): | May 4, 2007 |
| ☐ Color (Specify): | ☐ Age (40+) (Specify): | |
| ☐ Religion (Specify): | ☐ Retaliation (Specify): | |
| ☐ National Origin (Specify): | ☒ Disability (Specify): feet | |

16. Explain the specific action(s) or situation(s) that resulted in you alleging that you believe you were discriminated against (treated differently than other employees or applicants) because of your race, color, religion, sex, age (40+), national origin, or disability. *Note that if your allegation is like or related to a previous complaint, that complaint may be amended.* 29 C.F.R § 1614.106(d)

Accused of falsifying documents (VA) to gain employment. The meeting which I had with Labor Relations, I was told that I couldn't get my job back, due to the fact that I had a disability on my feet, which wasn't postal related, this was service connected and I'm only receiving 20%.

RECEIVED
A... 2007
NE50180

17. What Remedy Are You Seeking to Resolve this Complaint?

The Remedy then I'm seeking I'd like to have all back as May 4, 2007, including overtime, penalty (v) time, with interest and the back would be based on what all PTF5 have made, Also would like to receive some type of settlement for pain and suffering.

18. Did You Discuss Your Complaint with a *Dispute Resolution Specialist* or a REDRESS™ mediator?
☒ Yes   June 13, 2007   ☐ No
(Date You Received the Notice of Final Interview)

| 19a. Signature of Dispute Resolution Specialist | 19b. Date |
|---|---|
| [signature] | 8/10/07 |

| 20. Signature of Complainant or Complainant's Attorney | 21. Date of this Complaint |
|---|---|
| [signature] | 8-21-07 |

*Providing this information will authorize the U.S. Postal Service to send you important documents electronically.

PS Form 2565, March 2001 (page 1 of 2)

08CV1823
JUDGE BUCKLO    YM
MAGISTRATE JUDGE COLE

Formal Complaint ✓
Page 1 of 5

UNITED STATES POSTAL SERVICE
EQUAL EMPLOYMENT OPPORTUNITY CASE
IN THE MATTER OF:

Anthony Hudson
Complainant

Agency Case No.   4J-606-0111-07

v.

John E. Potter,
Postmaster General,
c/o Great Lakes Area
Respondent.

Formal Filed:   August 21, 2007

## FINAL AGENCY DECISION

This is the final agency decision of the U.S. Postal Service regarding your complaint of discrimination identified above. In that complaint, you alleged discrimination based on race (Black) and physical disability (Feet) when on May 4, 2007, you were terminated during your probationary period for falsification of employment application.

## CASE CHRONOLOGY

An Equal Employment Opportunity Investigator processed your complaint, and a copy of the Investigative Report was transmitted to you on November 15, 2007. Following receipt of that report, you had 30 days in which to request a hearing before an Administrative Judge (AJ) of the Equal Employment Opportunity Commission (EEOC) or a final agency decision without a hearing.

On December 17, 2007, your attorney requested a final agency decision on the merits of your complaint. Thus, this decision is being issued pursuant to your request.

## APPLICABLE LAW

### Disparate Treatment—Race Claim

The United States Supreme Court established a burden-shifting framework for analyzing claims of discrimination in McDonnell Douglas Corporation v. Green, 411 U.S. 792 (1973), and subsequently refined that analysis in Texas Department of Community Affairs v. Burdine, 450 U.S. 248 (1981). The McDonnell Douglas and Burdine approach involves a three-step process when a

RECEIVED
JAN 30 '08

Final Agency Decision
Anthony Hudson
4J-606-0111-07
p. 14

## RIGHT TO FILE A CIVIL ACTION

Alternatively, if you are dissatisfied with the Postal Service's decision in this case, you may file a civil action in an appropriate U.S. District Court within 90 calendar days of your receipt of the Postal Service's final decision, within 90 calendar days of the EEOC's final decision on any appeal, or after 180 days from the date of filing an appeal with the EEOC if no final decision has been rendered. If you choose to file a civil action, that action should be styled **Anthony Hudson v. John E. Potter, Postmaster General**. You may also request the court to appoint an attorney for you and to authorize the commencement of that action without the payment of fees, costs, or security. Whether these requests are granted or denied is within the sole discretion of the District Judge. Your application must be filed within the same 90-day time period for filing the civil action.

*Doris A. Hill*

Doris A. Hill
EEO Services Analyst
NEEOISO
P. O. Box 21979
Tampa, FL 33622-1979

Date: 1/24/08

**Enclosure:** Appeal Form 573

cc:

Complainant
Anthony Hudson
1265 Division Street
Chicago Heights, IL 60411-2421
  **Delivery Confirmation No.** 0306 3030 0002 0445 6170

Complainant's Representative
William B. Thompson
Attorney at Law
PO Box 584
Wheaton, IL 60189-0584
  **Delivery Confirmation No.** 0306 3030 0002 0445 6187

Manager, Human Resources
USPS. Chicago District
433 W Harrison St, Rm 40212A
Chicago IL 60699-9994