UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case |
|---|---|
| Anthony Hudson v. John E. Potter, Postmaster General | FILED<br>MARCH 30, 2008<br>08CV1823<br>JUDGE BUCKLO<br>MAGISTRATE JUDGE COLE |

YM

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Anthony Hudson

---

| SIGNATURE  /s/ B Thompson |
|---|
| FIRM  Solo |
| STREET ADDRESS  P O Box 584 |
| CITY/STATE/ZIP  Wheaton IL 60189 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  03123041 | TELEPHONE NUMBER  630.690.1971 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
n/a
RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐