AO 440 (Rev. 05/00) Summons in a Civil Action

RECEIVED
LAW DEPARTMENT

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

2008 JUL 24 P 1:09

U.S. POSTAL SERVICE
CHICAGO ILLINOIS

Anthony Hudson

Plaintiff

V.

John E. Potter, Postmaster General

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **08 C 1823**

ASSIGNED JUDGE: **JUDGE BUCKLO**
**MAGISTRATE JUDGE COLE**

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

John E. Potter, Postmaster General

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William B. Thompson, P O Box 584, Wheaton IL 60189

an answer to the complaint which is herewith served upon you within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_Yvette Montoney_
(By) DEPUTY CLERK

March 31, 2008
Date

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

Anthony Hudson,

    Plaintiff,

v.                                                                   08 Cv 1823

John E. Potter, Postmaster General,                  Judge Bucklo

    Defendant.

*Certificate of Filing of Service of Summons & Complaint*

I hereby certify that I served the Summons & Complaint in this case on the Law Department Representative at 222 S. Riverside Drive in Chicago on 24 July 08, as evidenced by the file-stamped copy annexed hereto, and am now electronically filing it with the Clerk.

s/ William B. Thompson #3123041
Attorney for Plaintiff
P.O. Box 584, Wheaton, IL  60187
630-690-1971